UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:19-cr-139 |
| | ) | |
| v. | ) | (JUDGE Jones) |
| | ) | |
| ROBERT L. HAYES, SR. | ) | |
|     Defendant. | ) | |

### INDICTMENT

**THE GRAND JURY CHARGES:**

FILED
HARRISBURG, PA

APR 17 2019

Per _____
Deputy Clerk

### COUNT ONE
(Possession of Child Pornography)
(18 U.S.C. § 2252A(a)(5)(B))

On or about October 16, 2018, within the Middle District of Pennsylvania,

**ROBERT L. HAYES, SR.**

knowingly possessed and caused to be possessed, images of child pornography, as defined in Title 18, U.S.C. § 2256, depicting minors, including prepubescent minors under the age of 12, engaged in sexually explicit conduct, that had been mailed, shipped or transported in interstate or foreign commerce by any means, including by computer, and was produced using materials that had been mailed, shipped or

transported in interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A (a)(5)(B), (b)(2).

THE GRAND JURY FURTHER CHARGES:

COUNT TWO
(Possession of Child Pornography)
(18 U.S.C. § 2252A(a)(5)(B))

On or about November 20, 2018, within the Middle District of Pennsylvania,

ROBERT L. HAYES, SR.

knowingly possessed and caused to be possessed, images of child pornography, as defined in Title 18, U.S.C. § 2256, depicting minors, including prepubescent minors under the age of 12, engaged in sexually explicit conduct, that had been mailed, shipped or transported in interstate or foreign commerce by any means, including by computer, and was produced using materials that had been mailed, shipped or transported in interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A (a)(5)(B), (b)(2).

A TRUE BILL



FOREPERSON, GRAND JURY

DAVID J. FREED
UNITED STATES ATTORNEY

BY: _Meredith A. Taylor_    4-17-19
　　 MEREDITH A. TAYLOR    DATE
　　 ASSISTANT U.S. ATTORNEY